STATE OF NORTH CAROLINA v. LANTIS JETTON GOOD

No. 7526SC521

(Filed 15 October 1975)

APPEAL by defendant from *Falls, Judge.* Judgment entered 14 April 1975 in Superior Court, MECKLENBURG County. Heard in the Court of Appeals 26 September 1975.

*Attorney General Edmisten by Assistant Attorney Conrad O. Pearson for the State.*

*John H. Cutter III, for defendant appellant.*

MORRIS, HEDRICK and ARNOLD, Judges.

No error.